## Commonwealth *v.* Kelly, Appellant.

Submitted December 12, 1966. *Robert Kelly,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lester, Appellant.

Submitted December 12, 1966. *Lawrence Lester,* appellant, in propria persona; *Michael J. Rotko* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lindenmuth, Appellant.

Submitted December 12, 1966. *Nevin E. Lindenmuth,* appellant, in propria persona; *Henry J. Rutherford,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.